Ivan M Lopez Ventura, Esq. SBN #255743
324 34th Place
P.O. Box 3882
Manhattan Beach, CA 90266
Phone:		(714) 788-4804
Fax:		(949) 266-8230
Email:		lopezesq@gmail.com

Attorney for Debtor(s)
JOSE CAMPA

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | CASE NO. **2:09-bk-44042-EC** |
| JOSE CAMPA | **CHAPTER 13** |
| Debtor (s) | **DECLARATION OF JOSE CAMPA IN EVIDENCE AND SUPPORT OF MOTION FOR RELIEF CONTINUING THE AUTOMATIC STAY** |

**TO THE HONORABLE ELLEN CARROLL UNITED STATES BANKRUPTCY JUDGE, KATHY A. DOCKERY, CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST :**

<u>**DECLARATION OF JOSE CAMPA IN EVIDENCE AND SUPPORT OF MOTION FOR RELIEF CONTINUING THE AUTOMATIC STAY**</u>

I, JOSE CAMPA, declare as follows:

1.	I Jose Campa make this declaration of my own personal knowledge and if called upon to testify, I would and could testify competently to the following.

2.	I am the debtor in the instant bankruptcy proceeding, case number 2:09-44042-EC. I filed the present Chapter 13 Bankruptcy case on December 2, 2009, to save my principal residence located at: 12852 Chelsfield Street, Baldwin Park, CA 91706 ("The property").

3.    On October 14, 2009, I filed a prior Chapter 13 bankruptcy case in this Central District of California, Los Angeles Division, Case Number 2:09-bk-34961-VK to try and save my property. (Attached hereto true and correct copies of the "Notice of Bankruptcy Case Filing" for my prior case, marked Exhibit "A").

4.    At the time I filed my first chapter 13 bankruptcy case I was able secure and follow only the "advice" of friends and family who knew a few things about the protection of the bankruptcy laws.

5.    Due to the emergency nature of my prior filing based on the proximity in time for the scheduled trustee's foreclosure sale of my property I was "forced" to file a "Pro Per" bankruptcy petition. (Attached hereto true and correct copy of the "RETRAN" report that evidence the Trustee's sale date in reference to my first bankruptcy chapter 13 case filing, marked Exhibit "B")

6.    Spanish in my native language and I have limited command and understanding of the English language. Faced with the imminent foreclosure sale of my property I did not have the opportunity to find and retain an attorney that would help me in Spanish.

7.    On October 20, 2009, barely a month and a few days after filing my prior chapter 13 bankruptcy, my case no. 2:09-bk-34961-VK got dismissed. (Attached hereto a true and correct copy of the "Order and Notice of Dismissal" for my prior chapter 13 case, marked Exhibit "C").

8.    I would like the Court to please also note that in my prior case I did not even had an opportunity to have a Section 341 (a) meeting of creditors since my case was dismissed soon after I filed and way before my scheduled 341(a) hearing. (Attached hereto a true and correct copy of my prior case "Notice of [...] Meeting of Creditors [...]", marked Exhibit "D")

9.    After my prior Chapter 13 case was dismissed I was able to diligently search and retain the help of competent legal counsel to assist me in the Spanish language for the present bankruptcy Chapter 13 case.

10.    With the help of the legal representation that I now have in this case, by way of my schedules and other bankruptcy documents in open docket with this court, I have presented this court with a repayment Chapter 13 plan that I believe will be successful.

11.    I have also secured the help of family members and love ones, in the form of contribution income, to help me shoulder the expense and costs associated with this Chapter 13 plan.

12. My present chapter 13 case is still on its 'infancy period' and the Section 341 (a) meeting of creditors is scheduled to take place on January 11, 2010. The Confirmation Hearing for my Chapter 13 plan in scheduled to take place on February 4, 2010. (Attached hereto a true and correct copy of my "Notice of [...] Meeting of Creditors [...]", marked Exhibit "E")

13. I strongly believe that with my legal counsel in the present case in addition to the help of family members and love ones I have a substantial change of circumstances from my prior case and based on those new circumstances the present case will be successful in getting my chapter 13 plan confirmed at the date and time set for the confirmation hearing.

14. I apologize to the court for any inconvenient my prior filing may have caused in light of the bankruptcy laws. I respectfully request that this Court continues the protection of the automatic stay in my present Chapter 13 bankruptcy case thus I can continue to save my home and reorganize under bankruptcy laws.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and United States of America and that this declaration was executed in Los Angeles, California, on this 23rd day of December, 2009.

/S/ Jose Campa.

Jose Campa, Debtor

DECLARATION OF JOSE CAMPA IN EVIDENCE AND SUPPORT OF MOTION FOR RELIEF CONTINUING THE AUTOMATIC STAY

# Exhibit "A"

United States Bankruptcy Court
Central District Of California

**Notice of Bankruptcy Case Filing**



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/16/2009 at 3:37 PM and filed on 09/16/2009.

**Jose Campa**
12852 Chesfield St.
Baldwin Park, CA 91706
626-347-1324
SSN / ITIN: xxx-xx-0614

The bankruptcy trustee is:

**Nancy K Curry**
606 South Olive Street, Suite 950

Los Angeles, CA 90014
213-689-3014

The case was assigned case number 2:09-bk-34961-VK to Judge Victoria S. Kaufman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.



Jon D. Ceretto
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/23/2009 21:14:54 | | | |
| **PACER Login:** | dc2476 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:09-bk-34961-VK |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit "B"

26
27
28

5
**DECLARATION OF JOSE CAMPA IN EVIDENCE AND SUPPORT OF MOTION FOR RELIEF CONTINUING THE AUTOMATIC STAY**

**NOTICE OF DEFAULT**
Printed Date: 12/23/2009
**[Bookmark][RESEARCH]**



File #: 09-00561064
Recording(Notice) Date: 04/20/09

| PROPERTY DETAILS | | PROPERTY TAX ASSESSMENT | |
|---|---|---|---|
| APN: 8556-004-010<br>Thomas Guide Map: 597-H7<br>Use Code: SFR<br>Zoning: BPR1<br>YEAR: 1952 | Bed: 3<br>Bath: 2<br>Unit: 1<br>Living Area: 1129<br>Lot Area: 6447 | Land: 54,992<br>Improvement: 89,466<br>Total: 144,458<br>Transfer: 03/13/87 | Assessment Year: 2005<br>Tax Rate: 4047<br>Property Tax:<br>Amount: 85,000 |
| Situs Address: 12852 Chelsfield St Baldwin Park CA, 91706 | | Legal Description: TR=104 LT=243 | |
| TRUSTOR(OWNER CONTACT INFORMATION) | | DEFAULTED LOAN INFORMATION AS OF: 04/14/09 | |
| Jose G And Esther M Campas (626) 960-2431<br>(626) 960-2431<br>12852 Chelsfield St<br>Baldwin Park Ca 91706 | | Origination Date: 08/06/07<br>Loan Amount: 376,000<br>Delinquent Amount: 11,289 | Document#: 07-01846928<br>Monthly Payment(Est): 2,822<br>1st Missed Payment: 01/01/09 |
| BENEFICIARY(LENDER) | | FORECLOSING TRUSTEE | |
| INDYMAC FEDERAL BANK FSB<br>c/o TRUSTEE CORPS<br>2112 BUSINESS CENTER DR<br>IRVINE, CA 92512<br>(949) 252-8300 | Loan Number (LN ID):<br>1010296430 | TRUSTEE CORPS<br>2112 BUSINESS CENTER DR<br>IRVINE, CA 92512<br>(949) 252-8300 | Trustee Number (TS ID):<br>CA09400901 |

*This NOD could go to Auction 3 1/2 Months (110 days) from the date it was recorded, approximately on **8/8/2009**. At least two(2) calls are made to Trustees; the day BEFORE and AFTER the auction. Contact Trustee information above to get the most recent schedule and status of a sale. To view other applicable notices, please click **[RESEARCH]** above*

(c)2008 RETRAN. THIS INFORMATION MAY NOT BE SOLD OR REDISTRIBUTED BY ANY MEANS. ACCURACY IS NOT GUARANTEED. BY USING THIS DATA, YOU AGREE TO REPORT ERRORS TO 3860 CRENSHAW BLVD * STE 210 * LOS ANGELES * CA * 90008 PHONE (323) 290-7132.

### ABRIDGED TITLE CHAIN OF FIRST 10 OPEN TDs AND LIENS (AS OF: 04/14/09)

| Grantee/Lender | Amount | Type | Date | Verified | Document # |
|---|---|---|---|---|---|
| 1) Indymac Bank Fsb [foreclosing loan] | 376,000 | TD | 08/06/2007 | C | 07-01846928 |
| 2) Indymac Bank Fsb | 70,500 | TD | 08/06/2007 | | 2007-01846929 |
| 3) Bankerswest Fndg Cor | 25,100 | TD | 11/09/2006 | | 2006-02487917 |
| 4) Bankerswest Fndg Cor | 364,000 | TD | 11/09/2006 | | 2006-02487916 |
| 5) | | | | | |
| 6) | | | | | |
| 7) | | | | | |
| 8) | | | | | |
| 9) | | | | | |
| 10) | | | | | |

**NO COMPARABLES WHERE MATCHED FOR THIS PROPERTY**

(c) RETRAN Inc., 2008
Real Estate TRansaction Network

# Exhibit "C"

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Jose Campa

**BANKRUPTCY NO.** 2:09–bk–34961–VK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–0614
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 10/20/09

**Address:**
12852 Chesfield St.
Baldwin Park, CA 91706

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 15 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is hereby vacated in its entirety.

Dated: October 20, 2009

By the Court,
**Jon D. Ceretto**
Clerk of Court

(odsp VAN–21) Rev. 03/09

**9 / SMZ**

# Exhibit "D"

**B9I (Official Form 9I)** (Chapter 13 Case) (12/07)

| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |
|---|---|

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a Chapter 13 bankruptcy case on September 16, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) and address):
Jose Campa
12852 Chesfield St.
Balwin Park, CA 91706

**Case Number:**
**2:09−bk−34961−VK**

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx−xx−0614 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Jose Campa<br>12852 Chesfield St.<br>Balwin Park, CA 91706<br>Telephone number: 626−347−1324 | Bankruptcy Trustee (name and address):<br>Nancy K Curry<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014<br>Telephone number: 213−689−3014 |

### Meeting of Creditors:

Date: **November 3, 2009**   Time: **10:00 AM**
Location: **725 S Figueroa St., Room 103, Los Angeles, CA 90017**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **February 1, 2010**
For a governmental unit: (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **March 15, 2010**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: January 2, 2010**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Hearing on Confirmation of Plan:

Date: **December 9, 2009**   Time: **09:00 AM**
Location: **255 E Temple St., Crtrm 1675, Los Angeles, CA 90012**
The plan or a summary of the plan will be sent separately by the debtor.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213−894−3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM − 4:00 PM | Date: September 16, 2009 |

**(Form rev. 12/07:341−B9I)**                                                                                                                    /VFG

# Exhibit "E"

**B9I (Official Form 9I)** (Chapter 13 Case) (12/07)

| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |
|---|---|

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a Chapter 13 bankruptcy case on December 2, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Jose Campa<br>12852 Chelsfield Street<br>Baldwin Park, CA 91706 | **Case Number:**<br>**2:09–bk–44042–EC** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–0614 |
| Attorney for Debtor(s) (name and address):<br>Ivan M Lopez Ventura<br>Ivan M Lopez Ventura<br>P O Box 3882<br>Manhattan Beach, CA 90266<br>Telephone number:  714–788–4804 | Bankruptcy Trustee (name and address):<br>Kathy A Dockery<br>700 S. Flower Street, Suite 1950<br>Los Angeles, CA 90017<br>Telephone number:  (213) 996–4400 |

### Meeting of Creditors:

Date: **January 11, 2010**                                                                                     Time:  **04:00 PM**

Location: **725 S Figueroa St., Room 103, Los Angeles, CA 90017**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **April 12, 2010**
For a governmental unit: (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **June 1, 2010**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: March 12, 2010**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Hearing on Confirmation of Plan:

Date: **February 4, 2010**                                                                                      Time: **01:30 PM**

Location: **255 E Temple St., Crtrm 1639, Los Angeles, CA 90012**
The plan or a summary of the plan will be sent separately by the debtor.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  213–894–3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  December 7, 2009 |
| **(Form rev. 12/07:341–B9I)** | / |

| In re: | | CHAPTER: **13** |
|---|---|---|
| **Jose Campa** | Debtor(s). | CASE NUMBER: **2:09-bk-44042** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described **DECLARATION OF JOSE CAMPA IN EVIDENCE AND SUPPORT OF MOTION FOR RELIEF CONTINUING THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/23/2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **12/23/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 23, 2009** | **Ivan M. Lopez Ventura** | **/S/ Ivan M. Lopez Ventura** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 9013-3.1**
Best Case Bankruptcy

| In re: | | |
|---|---|---|
| **Jose Campa** | Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-44042** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

**Kathy A Dockery**
efiling@CH13LA.com

**Ivan M Lopez Ventura on behalf of Debtor Jose Campa**
ilecfbknotices@gmail.com

**John D Schlotter on behalf of Interested Party Courtesy NEF**
bkmail@mrdefault.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

<u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**</u>

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

```
Jose Campa
12852 Chelsfield Street
Baldwin Park, CA 91706


Ivan M. Lopez Ventura
Ivan M. Lopez Ventura, Esq.
324 34th Place
P.O. Box 3882
Manhattan Beach, CA 90266


American Home Mtg Svci
4600 Regent Blvd Ste 200
Irving, TX 75063


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Esther M. Campa
12852 Chelsfield
Baldwin Park, CA 91706


Esther M. Campa
12852 Chelsfield Street
Baldwin Park, CA 91706


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812
```

```
IndyMac Federal Bank
888 East Walnut Street
Pasadena, CA 91101


IndyMac Mortgage Services
1 Banting
Irvine, CA 92618


IRS
P.O. Box 21126
Philadelphia, PA 19114


Kathy Dockery
Chapter 13 Trustee
700 S. Flower St., Ste. 1950
Los Angeles, CA 90017


Lbs Financial Cu
Po Box 4860
Long Beach, CA 90804


Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081


Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0001
```

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0001


Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009


Onewest Bank
6900 Beatrice Drive
Kalamazoo, MI 49009


Onewest Bank, FSB
888 East Walnut Street
Pasadena, CA 91101


Real Time Resolutions, Inc.
Agent for PHH/Roosevelt
1750 Regal Row
Suite 120
Dallas, TX 75235


Real Time Resolutions, Inc.
Agent for PHH/Roosevelt
1750 Regal Row
Suite 120
Dallas, TX 75235


Real Time Resolutions, Inc.
Agent for PHH/Roosevelt
1750 Regal Row
Suite 120
Dallas, TX 75235


Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117

```
United States Trustee
725 South Figueroa St.
26th Floor
Los Angeles, CA 90017


Wachovia
P. O. Box 25341
Santa Ana, CA 92799


Wells Fargo Bank
Po Box 5445
Portland, OR 97228


Wells Fargo Bank, N.A.
Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306


Wfs/wachovia Dealer Sv
Po Box 1697
Winterville, NC 28590
```